No. 86–728. HONIG, CALIFORNIA SUPERINTENDENT OF PUBLIC INSTRUCTION v. DOE ET AL. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1084.] Motion of respondents to seal the record granted. Motion of respondents to seal the joint appendix granted.

No. 86–836. HAZELWOOD SCHOOL DISTRICT ET AL. v. KUHLMEIER ET AL. C. A. 8th Cir. [Certiorari granted, 479 U. S. 1053.] Motion of Planned Parenthood Federation of America, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 86–6895. BROWN v. SCHWEITZER ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 6, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 86–6780. IN RE COOPER. Petition for writ of mandamus denied.

No. 86–978. GARDEBRING, COMMISSIONER OF THE MINNESOTA DEPARTMENT OF HUMAN SERVICES v. JENKINS. C. A. 8th Cir. Certiorari granted.

No. 86–1696. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. COMMERCIAL OFFICE PRODUCTS CO. C. A. 10th Cir. Certiorari granted.

No. 86–1357. UNITED STATES DEPARTMENT OF JUSTICE ET AL. v. JULIAN ET AL. C. A. 9th Cir. Motion of respondent Kenneth Julian for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 86–5309. ROSS v. OKLAHOMA. Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question I presented by the petition.